# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br>　　　　　　Plaintiff,<br><br>v.<br><br>Kingston Sebastian Gaulden,<br><br>　　　　　　Defendant. | Crim. No. 10-120 (PJS/JJK)<br><br>**ORDER** |

Andrew R. Winter, Esq., Assistant United States Attorney, counsel for Plaintiff.

Derek A. Patrin, Esq., Meaney & Patrin, PA, counsel for Defendant.

　　　　The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated June 14, 2010. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

　　　　**IT IS HERERBY ORDERED** that:

1.　　　　Defendant's Motion to Dismiss (i.e., Motion to Suppress) [Docket No. 14] is DENIED.

Date:　06/22/10

　　　　　　　　　　　　　　　　　　　　　　　　　　　s/Patrick J. Schiltz
　　　　　　　　　　　　　　　　　　　　　　　　　　　Patrick J. Schiltz
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge